**Melvin N. O'HARA, Claimant–Appellant,**

v.

**Roberta A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7072.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2014.

Mark R. Lippman, The Veterans Law Group, of La Jolla, California, argued for claimant-appellant.

Martin M. Tomlinson, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Y. Ken Lee, Deputy Assistant General Counsel, and Martie Adelman, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Prost, Chief Judge, O'MALLEY and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**